UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                              Case No.  08-cr-92-01-SM

Moses Ehiabhi,
    Defendant

O R D E R

Defendant Ehiabhi's motion to continue the trial is granted (document no. 12).  Defendant Ehiabhi has filed a waiver of speedy trial.   Trial has been rescheduled for the month of November 2008.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Change of Plea Hearing:   October 29, 2008 at 10:30 a.m.

Final Pretrial Conference (if necessary)  is scheduled for October 27, 2008 at 3:30 p.m.

Jury selection, if necessary, will take place on November 4, 2008 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                            Chief Judge

October   3, 2008

cc:    Jessica Brown, Esq.
       Jennifer Davis, AUSA
       U.S. Marshal
       U.S. Probation